AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**08 C 727**

SUMMONS IN A CIVIL CASE

Shannon Syas, Plaintiff

CASE NUMBER:

V.

ASSIGNED JUDGE:

Union Pacific Railroad Company, Defendant

DESIGNATED
MAGISTRATE JUDGE:

**JUDGE LEINENWEBER**
**MAGISTRATE JUDGE COX**

TO: (Name and address of Defendant)

Union Pacific Railroad Company
c/o CT Corporation System
208 S. LaSalle St. Suite 814
Chicago, IL 60604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John S. Bishof, Jr.
Law Office of John Bishof, P.C.
77 West Washington St. Suite 1910
Chicago, IL 60602

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

*/s/ Yvette Anthony*
(By) DEPUTY CLERK

February 1, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 2-15-07 |

| NAME OF SERVER (PRINT) David Ho | TITLE Law Clerk |
|---|---|

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Agent of CT Corporation System
208 S LaSalle St, Suite 814
Chicago, IL 60604

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2-15-07
        Date

Signature of Server

77 W. Washington St, Suite 1910, Chicago, IL 60602
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.