**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2**
**Eastern Division**

Shannon Syas

                                     Plaintiff,

v.                                                                  Case No.: 1:08−cv−00727
                                                                  Honorable Harry D. Leinenweber

Union Pacific Railroad Company

                                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, September 10, 2008:

      MINUTE entry before the Honorable Harry D. Leinenweber:Status hearing held on 9/10/2008. Status hearing set for 11/14/2008 at 09:00 AM. Discovery extended to 11/10/2008.Mailed notice(wp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.